FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2022

No. 04-22-00016-CV

**IN RE** Michele Carey **GARCIA**,
Appellant

Bexar County, Texas
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Beth Watkins, Justice

On January 10, 2022, relator Michele Carey Garcia filed a petition for writ of mandamus and a motion for emergency temporary relief. This court believes a serious question concerning the mandamus relief sought requires further consideration. We **ORDER** real party in interest Rogelio Lopez, Jr. to file a response to the petition by 9:00 a.m., January 11, 2022. The court will also entertain timely responses from respondents the Honorable John D. Gabriel, Jr., Monica Alcantara, and Jaquelyn F. Callanen.

We **GRANT** relator's motion for temporary emergency relief. Until further order of this court, we **STAY** the January 6, 2021 permanent injunction order signed by respondent the Honorable John D. Gabriel, Jr. as to relator Michele Carey Garcia.

It is so **ORDERED** January 10, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT